IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JERRY GRIEP                                                       PLAINTIFF

VS.                       CASE NO. 03-CV-1138

AMERICAN FUEL CELL AND
COATED FABRICS COMPANY                                   DEFENDANT

## **ORDER**

    Before the Court is a Motion to Dismiss filed on behalf of the parties in this matter. (Doc. No. 65). The parties stipulate that the matter has been settled and request that the complaint and counterclaim be dismissed with prejudice. Upon consideration, the Court finds that the motion should be and hereby is **granted**. The above styled and numbered case is hereby dismissed with prejudice. All motions now pending in this case (Doc. Nos. 57 & 59) are hereby **denied** as moot.

    IT IS SO ORDERED, this 28th day of September, 2005.

                                                      /s/Harry F. Barnes
                                                      Hon. Harry F. Barnes
                                                      United States District Judge